(August 14, 2013)

In the Matter of Maximo Rivera et al., Appellants, v Maria Del Carmen Arroyo, Respondent, et al., Respondent. [971 NYS2d

438]—Judgment, Supreme Court, Bronx County (John W. Carter, J.), entered on or about August 9, 2013, unanimously affirmed for the reasons stated by Carter, J., without costs or disbursements.

No opinion. Order filed. Concur—Saxe, J.P., Richter, Manzanet-Daniels, Feinman and Clark, JJ.